IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSIE WILLIAMS,

                     Plaintiff,                                   ORDER

     v.                                                 11-cv-436-bbc

JOSEPH BEAHM and C.O. STANIEC,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Plaintiff Jessie Williams, a prisoner at the Waupun Correctional Institution in Waupun, Wisconsin, has submitted a proposed complaint, along with a motion for leave to proceed in forma pauperis. Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint in forma pauperis, plaintiff will have to make an initial partial payment of the filing fee. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

    Plaintiff's complaint was filed on June 11, 2011. His trust fund account statement should cover the six-month period beginning approximately December 11, 2010 and ending

1

approximately June 11, 2011. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

One additional matter requires attention. The motion for leave to proceed in forma pauperis submitted by plaintiff appears to be missing the last page and is not signed as required by Fed. R. Civ. P. 11. If plaintiff wishes to continue with this lawsuit he will be required to file a signed copy of this document. A copy of the motion is being returned to plaintiff with his copy of this order so that he may sign and return the document to this court not later than July 11, 2011.

ORDER

IT IS ORDERED that

1. Plaintiff Jessie Williams may have until July 11, 2011, in which to file a signed copy of his motion for leave to proceed in forma pauperis, dkt. #3.

2. Plaintiff may have until July 11, 2011, in which to submit a certified copy of his trust fund account statement for the period beginning approximately December 11, 2010 and ending approximately June 11, 2011.

3. If, by July 11, 2011, plaintiff fails to file a signed copy of the motion to proceed in forma pauperis above *or* submit the necessary trust find account statement or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 20th day of June, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge