IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JESSIE WILLIAMS,

    Plaintiff,

v.

JOSEPH BEAHM and C.O. STANIEC,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-436-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____    _____
Peter Oppeneer, Clerk of Court              Date

(signed) Peter Oppeneer   1/3/12