# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

      Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                          11-cv-436-bbc

JOSEPH BEAHM and C.O. STANIEC,

      Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_Peter Oppeneer_          1/3/12

  Peter Oppeneer, Clerk of Court              Date